UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY JAMES THOMAS, JR,**
**ADC #146295**                                                                                             **PLAINTIFF**

**v.**                          **CASE NO. 4:09cv00902 BSM**

**UNIVERSITY OF CENTRAL ARKANSAS**
**POLICE DEPARTMENT, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, judgment is entered for defendants. The motions to dismiss filed by defendants are granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE